UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC TOBLER,

                        Plaintiff,

v.

STEPHEN TOBLER, *et al*.,

                    Defendants.

Case No. 25-13384
Honorable Judith E. Levy
Magistrate Judge Elizabeth A. Stafford

## ORDER REGARDING PLAINTIFF'S AMENDED COMPLAINT
## (ECF NO. 65)

Plaintiff Eric Tobler sues under 42 U.S.C. § 1983.  The Honorable Judith E. Levy referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1).  ECF No. 50.   In a May 2025 order, this Court warned Tobler about using generative artificial intelligence (AI) without confirming its accuracy.  ECF No. 56.  It directed Tobler to "review all briefs and motions he has filed thus far to confirm the accuracy of each legal citation, and any quoted language, and that each case cited stands for its asserted proposition."  *Id*., PageID.688.  The Court also ordered Tobler to include a certification in "each of his future filings in this case."  *Id*.

1

Tobler filed an amended complaint on May 29, 2026, without seeking leave to do so.  ECF No. 65.  He states that he amended his complaint to remove one cited case that "could not be verified" and that "[n]o other changes were made to the complaint."  *Id*., PageID.721.

Tobler did not comply with Federal Rule of Civil Procedure 15, which requires either leave of court or consent of the opposing party before amending a complaint at this stage of the litigation.  But because Tobler's amendment is limited to removing a fake citation, the Court will accept ECF Number 65 as the operative complaint.  But the Court warns Tobler that he must follow Rule 15 for any further amendments.  And given that his amended complaint only deletes a citation, the pending motions to dismiss need not be re-filed and will be construed as challenging the amended complaint.

**IT IS SO ORDERED.**

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: June 3, 2026

2

## <u>NOTICE TO PARTIES ABOUT OBJECTIONS</u>

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 3, 2026.

<u>s/Caitlin Shrum</u>
CAITLIN SHRUM
Case Manager

3