UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC TOBLER,

                    Plaintiff,

v.

STEPHEN TOBLER, *et al*.,

                    Defendants.

Case No. 25-13384
Honorable Judith E. Levy
Magistrate Judge Elizabeth A. Stafford

---

**ORDER DENYING PLAINTIFF'S
MOTION FOR ALTERNATIVE SERVICE AS MOOT
(ECF NO. 71)**

---

Plaintiff Eric Tobler, proceeding pro se, sues under 42 U.S.C. § 1983. The Honorable Judith E. Levy referred the matter to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1).  ECF No. 50.  This Court has issued a report and recommendation (R&R) that recommends that this action be dismissed for lack of subject matter jurisdiction.  ECF No. 76. Plaintiff moves for alternative service of two defendants who have not yet been served.  ECF No. 71.

Given the Court's recent recommendation, the Court **DENIES** this motion as moot.

1

**IT IS SO ORDERED.**

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: July 17, 2026

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 17, 2026.

s/Julie Owens
JULIE OWENS

2

Case Manager